THE STATE EX REL. DOTSON, APPELLANT, *v.* ROGERS, WARDEN, APPELLEE.

[Cite as *State ex rel. Dotson v. Rogers* (1993), 66 Ohio St.3d 25.]

(No. 92–1603—Submitted January 19, 1993—Decided February 24, 1993.)

*Emory B. Dotson, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals.

In *Mack v. Maxwell* (1963), 174 Ohio St. 275, 22 O.O.2d 335, 189 N.E.2d 156, we held that a claimed denial of the constitutional right of a speedy trial could not be brought in habeas corpus after the accused had pled guilty to or been convicted of the crime charged. In *McConnaughy v. Alvis* (1956), 165 Ohio St. 102, 59 O.O. 103, 133 N.E.2d 133, we held that ineffective assistance of

trial counsel is a nonjurisdictional claim that must be raised by appeal. Therefore, the court of appeals correctly dismissed the petition in this case, and its judgment is affirmed.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.